UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BDC TREE SERVICE, LLC<br>　　　　　　Plaintiff<br><br>　　v.<br><br>DEERE & COMPANY, INC. and W.L. DOGGETT, LLC, D/B/A DOGGETT MACHINERY SERVICES<br>　　　　　　Defendants | CIVIL ACTION NO. 1:20-cv-00151<br><br>CHIEF JUDGE DEE D. DRELL<br><br>MAG. JUDGE PEREZ-MONTES |

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT** comes Defendant W.L. Doggett, LLC d/b/a Doggett Machinery Services ("Doggett"), which, through undersigned counsel, submits this Corporate Disclosure Statement pursuant to F.R.Civ.P. 7.1 and Local Rule 5.6 and represents that Doggett is a Texas limited liability company. Doggett does not have a parent corporation or any stock that is owned by a publically held corporation.

　　　　　　　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　*/s/Zelma M. Frederick*
　　　　　　　　　　　　　　　　M. Brent Hicks, Bar Roll No. 23778, T.A.
　　　　　　　　　　　　　　　　Zelma M. Frederick, Bar Roll No. 31459
　　　		　　　　　　　　　　Jourdan E. M. Curet, Bar Roll No. 38710
　　　　　　　　　　　　　　　	MCGLINCHEY STAFFORD, PLLC
　　　　　　　　　　　　　　　	301 Main Street, Fourteenth Floor
　　　　　　　　　　　　　　　	Baton Rouge, Louisiana  70801
　　　　　　　　　　　　　　　	Telephone:  (225) 383-9000
　　　　　　　　　　　　　　　	Facsimile:  (225) 343-3076
　　　　　　　　　　　　　　　	Email:  bhicks@mcglinchey.com
　　　　　　　　　　　　　　　　　　　　zfrederick@mcglinchey.com
　　　　　　　　　　　　　　　　　　　　jcuret@mcglinchey.com

　　　　　　　　　　　　　　　	*ATTORNEYS FOR W.L. DOGGETT, LLC d/b/a*
　　　　　　　　　　　　　　　	*DOGGETT MACHINERY SERVICES*

1632390.1

1

## CERTIFICATE OF SERVICE

I certify that on November 3, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of filing to all CM/ECF participants and, by United States Mail, postage prepaid, to non-CM/ECF participants.

*/s/Zelma M. Frederick*
Zelma M. Frederick

1632390.1