UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**BDC TREE SERVICE, L L C**
*Plaintiff*

v.  CIVIL ACTION NO.: 1:20 CV-01151

**DEERE & COMPANY, INC.** and
**W. L. DOGGETT, LLC d/b/a
DOGGETT MACHINERY SERVICES**   CHIEF JUDGE DEE D. DRELL
*Defendants*   MAG. JUDGE PEREZ-MONTES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ANSWER TO CROSS CLAIM FOR DAMAGES
### ON BEHALF OF DEERE & COMPANY, INC.

**NOW INTO COURT**, comes Deere & Company, Inc. [DEERE] who for answer to the Cross claim for Damages of W. L. Doggett, LLC d/b/a Doggett Machinery Services, LLC ("Doggett") avers as follows:

1.

The allegations of paragraph 47 of the cross claim of Doggett are admitted as to status.

2.

The allegations of paragraph 48 of the cross claim of Doggett are denied.

3.

The allegations of paragraph 49 of the cross claim of Doggett are admitted.

4.

The allegations of paragraph 50 of the cross claim of Doggett are denied.

5.

The allegations of paragraph 51 of the cross claim of Doggett are not directed to Deere, however, out of an abundance of caution the allegations are denied as stated.

6.

The allegations of paragraph 52 of the cross claim of Doggett are denied.

7.

The allegations of paragraph 53 of the cross claim of Doggett are denied.

8.

The allegations of paragraph 54 of the cross claim of Doggett are denied.

9.

The allegations of paragraph 55 of the cross claim of Doggett are denied.

10.

Deere realleges and reavers its Answer and Affirmative Defenses to the Original Complaint, as if copied herein in extensor.

DEERE reserves the right to amend this Answer to Cross Claim of Doggett in accordance with the Federal Rules of Civil Procedure and the further Order of this Court as information becomes available through discovery and trial preparations.

DEERE is entitled to and hereby requests a trial by jury on all issues.

**WHEREFORE,** having fully answered the Cross claim of Doggett, DEERE prays that their Answer be deemed good and sufficient and that Doggett's claims against them be dismissed with prejudice, and that DEERE be awarded their costs associated with this action, and be granted such further relief as this Court deems just and proper, and for trial by Jury on all issues.

Respectfully submitted,

**/s/ PAUL M. LAVELLE**
**PAUL M. LAVELLE (08134)**
CODY J. ACOSTA (37005)
Cotten Schmidt, L.L.P.
650 Poydras Street, Suite 1950
New Orleans, LA 70130
Telephone: (504) 568-9393
Facsimile: (504) 524-1933
plavelle@cottenschmidt.com
cacosta@cottenschmidt.com

**ATTORNEYS FOR DEERE & COMPANY, INC.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 25th day of November, 2020, I presented the foregoing Answer to Cross claim of Doggett by DEERE to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

**BDC TREE SERVICE, L L C**
Through its attorney of Record:
**FRED A. PHARIS**
PHARIS & PHARIS
831 DeSoto Street
Alexandria, LA 71201
(318)445-8766
fpharis@pharislaw.com


**W. L. DOGGETT MACHINERY SERVICES, LLC**
Through its attorney of Record:
**ZELMA M. FREDERICK**
301 Main Street, Fourteenth Floor
Baton Rouge, LA 70801
(225) 383-9000
zfrederick@mcglinchey.com