UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
**ALEXANDRIA DIVISION**

BDC TREE SERVICE, L L C
*Plaintiff*

v.                                                                    CIVIL ACTION NO.: 1:20 CV-001151

DEERE & COMPANY, INC. and
W. L. DOGGETT, LLC d/b/a
DOGGETT MACHINERY SERVICES         CHIEF JUDGE DEE D. DRELL
*Defendants*                                                 MAG. JUDGE PEREZ-MONTES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering Deere's Unopposed Motion to Extend the Deadline for Defendant's Expert Reports,

It is Ordered that the Unopposed Motion to Extend the Deadline for Defendant's Expert Reports is GRANTED.

It is Ordered that the Plan of Work (Docs. 27 & 28) are hereby Modified and the deadline for defendants expert reports is now June 1, 2022.

ALEXANDRIA, LA, APRIL 1, 2022

~~United States Magistrate Judge~~
~~Joseph H.L. Perez-Montes~~
SENIOR US DISTRICT JUDGE